UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNIVERSITAS EDUCATION, LLC,  )<br>  )<br>  Petitioner/Judgment Creditor, )<br>  )<br>v.  ) <br>  )<br>AVON CAPITAL, LLC, et al.  )<br>  )<br>  Respondents/Judgment Debtors, ) | Civil Action No. FJ-23-4-D |

## NOTICE OF REGISTRATION OF JUDGMENT

Joshua C. Greenhaw, of the law firm of MEE HOGE PLLP, counsel for the Petitioner/Judgment Creditor, Universitas Education LLC, hereby gives notice of registration of the judgment of the United States District Court for the Southern District of New York in Case No. 11 Civ. 1590 (LTS)(HBP) filed August 12, 2014 (the "Judgment") in the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. § 1963. A certified copy of the Judgment is attached hereto as Exhibit 1. An Order of the United States District Court for the Southern District of New York in Case No. 11 Civ. 1590 (LTS)(HBP) filed November 5, 2014 to register the Judgment in other judicial districts pursuant to 28 U.S.C. § 1963 is attached hereto as Exhibit 2.

<u>DATE OF FILING WITH THE DISTRICT COURT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK</u>: August 12, 2014.

<u>AGAINST JUDGMENT DEBTORS</u>: Avon Capital, LLC, et al. as set forth in the Judgment.

<u>JUDGMENT CREDITOR</u>: Universitas Education, LLC.

1

DATED this 14th day of August, 2023.

/s/ Joshua C. Greenhaw
Joshua C. Greenhaw, OBA No. 19111
jcg@meehoge.com
MEE HOGE PLLP
50 Penn Place
1900 NW Expressway, Suite 1400
Oklahoma City, OK 73118
Telephone: (405) 848-9100
Facsimile: (405) 848-9101

ATTORNEYS FOR UNIVERSITAS
EDUCATION, LLC