# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Aug 15, 2023 2:59PM

Sawman Y Davani

| Rcpt. No: 500003206 | | Trans. Date: Aug 15, 2023 2:59PM | | | Cashier ID: #DB |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 121 | Registration of Foreign Judgment | | 1 | 49.00 | 49.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $49.00 |
| | Total Due Prior to Payment: | $49.00 |
| | Total Tendered: | $49.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: FJ-23-4-D

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.